**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

IN THE INTEREST OF: E.W.H., JR., A   :   No. 35 EM 2018
MINOR                                  :
                                         :
                                         :
PETITION OF: E.W.H., FATHER     :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 10th day of May, 2018, the "Petition for Allowance of Appeal *Nunc Pro Tunc*" is DENIED.